No. 11-6740. Quoc Boa Trinh, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8011.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-6742. Ranferis Lopez, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8015.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 561.

No. 11-6743. Charles Landwer, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8073.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 640 F.3d 769.

No. 11-6744. Philip D. Rossi, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8024.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 422 Fed. Appx. 425.

No. 11-6748. Shawn Gardner, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 7995.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 174.

No. 11-6749. James Samuel Peeples, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 563, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 8052.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 422 Fed. Appx. 786.

No. 11-6750. Anthony Robert Stokes, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 564, 181 L. Ed. 2d 406, 2011 U.S. LEXIS 7949.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 225.